B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *Donzella Y BEECHAM* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): *9580* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *9230 S. Howe Ave  Chicago IL*  ZIP CODE *60620* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose "
☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☐ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

FILED
SEP 20 2012
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                                               Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

<u>Northern</u> District of <u>Illinois</u>

In re Donzello Y. Beecham                                        Case No._____
_____
Debtor                                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date: 9\24\ 2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: *Dorazello Y. Beecham*

)
)
)                    Case No.
Debtor (s)           )
)                    Chapter
)
)
)

List of Creditors

| | |
|---|---|
| Instant Loans Today Wilmington DE 1980 Acc# 5673 | Security Bank P.O. Box 3038 Acc# 4071 Evansvill IN 47730 |
| Plain Green Loan Box Elder, MT 59521 Acc# 8126 | Triad Financial Corp 7711 Center Ave Huntington Beach CA Acc# 8443 92647 |
| Nationwide Cash Paul Ave Kinston P.O. Box 1823 Acc# 5067 | Norman G. Katira 7620 Maple Ave Ridgewood, N5 07450 Acc# 9520 Regarding Toy'R'US |
| Check Go. Loan 7755 Montgomery Cincinati OH 45536 Acc 9580 | ACA Recovery Inc 776 N. Maple Ave Ridgewood, N5 07450 Acc# 9520 Regarding → Toy'R'US |
| Cook County Hospital 1900 W Polk Street Chicago Ill 60612 Acc 9733 | NCO Division - Merck 507 Prudential RD Horsham, PA 19044 Acc# 1148 Regarding → USTELCOM |

Debtor/Joint Debtor's Name: DORNELLO Y. BEECHAM

| | |
|---|---|
| York Danson 113 W 3rd Ave, Gastonia NC 28052  Acct# 0489 Regarding → MCI.com | Collection Company 700 Long Water Dr Norwell, MA 02061  Acct# 4766 RE → Ameritech FNC |
| Professnl Acct Mgmt Inc 2040 W Wisconsin Ave Milwaukee, WI 53233  Acct# 8390 Regarding TCF Bank | Oak Forest Hospital 15900 S Cicero Ave Oak Forest, IL 60452  Acct# 6172 |
| Progressive Asset Mgmt 5964 Elos Angeles Ave Simi Valley CA 93063  Acct# 2060 Regarding → Telecom U.S.A | Oak Forest Hospital 15900 S Cicero Ave Oak Forest IL 60452  Acct# 6172 |
| Cred Protection Assoc 1355 Noel Rd Suit 2100 Dallas TX 75240  Acct# 7827 Regarding Com Cast | First Consumer National Bank P.O. Box 3910 Portland, OR 97208-3910 Acct#  Acct# 8438 |
| Credit Management Control 2707 Rapid Dr Racine WI 53404  Acct# 9824 Regarding → T Moble | ComCast P.O. Box 173885 Denver, CO 80217-3885  Acct# 5802  Acct# 5802 |
| GEMB / J.C. Pennies P.O. Box 981131  Acct# 4780 El Paso, TX 79998 | AT&T P.O. Box 8212 Aurora, IL 60572-8212  Acct# 1803  Acct# |
| Midland Credit Mgmt P.O. Box 939019  Acct# 0373 San Diego CA 92193 Regarding → First Consumer Bank | TCF Bank P.O. Box 391 Milwaukee WI 53201-0391  Acct# 8390 |
| Direct T.V. P.O. Box 78627  Acct# 9642 Phoenix AZ 85062-8627 Regarding → Sprint | AT&T P.O. Box 8212 Aurora, IL 60572-8212  Acct# 0000 |
| AFN Inc P.O. Box 3401  Acct# 3344 Bloomington, IL 61702 Regarding → Sprint | ABC Financial P.O. Box 6800, Sherwood AR, 72124-6800  Acct# 8759 |

Com Cast
P.O. Box 9037
Addison TX 75001-9037
Acc# 8401

Credit Protection Assoc
P.O. Box 9037   Acc# 7827
Addison, TX 75001-9037

Santa Barbara Band
P.O. Box 1270
Solana Beach CA 92075-2070
Acc# 9580

Credit Managment Control INC
P.O. Box 1304
Racine WI 53401-1408
Re - Bank One Acc# 6486

Fed Chex Recovery
P.O. Box 18978
Irvine, CA 92623
Acc# 8582

C.C.S. Payment Center
File# 0700743215
P.O. Box 55726
Boston, MA 02205-5726
Acc# 8855

ComEd C/o CBE Group
131 Towe Park Dr Suite 1
Waterloo IA 50702   Acc#1827

C/o Professional Credit
Consmer Cellular
S.E. 400 International Way
Springfield OR
Acc# 5896   (Dornzello. V. Beecham)

Dish Network C/o
Enhance Recovery Col
8014 Bayberry Rd
Jacksonville FL 32256
Acc# 9580

Sprint C/o IC System
INC P.O. Box 64378
Saint Paul MN 55164
Acc# 0001

Sprint C/o West
Asset Management
2703 W Highway 75
Sherman TX 75092
Acc# 8830

Olive Morey College
10001 30 Woodlawn
Chgo IL 60628
Acc# 9580

South Sub College
Acc# 9580

AT&T P.O. Box 8100
Aurora IL 60507-8100
Acc# 0142

Oak Forest Hospital
15900 So Cicero Ave
Oak Forest, IL 60452
Acc# 7959

Block Buster Video
165 Lawrence Bell Dr
Suit 100 P.O. Box 9027
Williamsville NY
Acc# 8720        14631-9027

Allied Inter-State Inc
435 Ford Rd Ste 800
Minneapolis MN 55426
Acc# 5995

Walmart
P.O. Box 2844
Tuscaloosa AL 35463-2844   Acc# 72726

S.B.C. Bill Payment Cent
Chicago IL 60663-0001
Acc# 6579

First Consumer National Bank
P.O. Box 939019    Acc# 4667
San Diego, CA 92193-9019

South West Credit Sys
5910 W Plano Parkway
Plano, TX 75903-4638
Acc# 5464

T Moble  P.O. Box 742598
Cincknatt, OH 54244-2596
Acc# 6246

Advocate, ILL masonic
22393 Network Pl
Chgo, IL 60673-1223
Acc# 7155

Jewel Food Service
Heller + Frisone Ltd
33 North LaSalle St
Chgo IL 60602 Suit 1200
Acc# 1852

Telecheck Service Inc
P.O. Box 17380
Denver, CO 80217
Acc# 3398

(Dornzello. Y. Beecham)

Friedman Derndler
300 W. Madison St Suit 910
Chicago IL 60661-2587
Acc# 1092

Telecheck P.O. Box 1739-95
Denver CO. 80217-3795
Acc# 7103

Tru Green Chemlawn
P.O. Box 838
Midlothian IL. 60445-0890

Acc# 29317

The Neighborhood
Built By GMCI
P.O. Box 17890
Denver CO. 80217-0890
Acc# 7103

Pay day Loan Store
1958 W Cermak Rd
Chgo, IL 60608 Collection
Division Acc# 157

Paramount Acceptance
Women work out World
P.O. Box 17317
4725-88 Holiday Blvd
Holiday UTAH 84117-0317

Federal Recovery Service
P.O. Box 17474
Holladay UTAH 84117
Acc# 0001

Women work out world
Chase Service
4725  30 Holladay Blvd
Salt Lake City UTAH
84117 - Suit 130
Acc# 5057